UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON GUSTAVO ZAPATA AROSTEGUI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, BROWARD TRANSITIONAL CENTER,<br><br>Respondent. | Case No.:  26-cv-3274-BJC-JLB<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>**[ECF No. 1]** |

On April 29, 2026, Petitioner filed a writ of habeas corpus in the Southern District of Florida.  ECF No. 1.  On May 4, 2026, the Court issued an order to show cause why the Petition should not be granted.  ECF No. 5.  Respondents filed a response on May 14, 2026 ECF No. 6, and Petitioner filed a reply on May 18, 2026.  ECF No. 7.  While the matter was being briefed, Petitioner was transferred from a detention facility within the Southern District of Florida to a detention facility within the Southern District of California.  ECF No. 8 at 1-2.  Accordingly, on May 27, 2026, the Southern District of Florida transferred the case to this Court.  *Id.* at 3.

Having reviewed the record, the Court requests supplemental in resolving the Petition. The parties shall address any relevant authority concerning jurisdiction in habeas proceedings when a petitioner is transferred to a custodial facility outside the district in

which the petition was filed, including whether jurisdiction is determined at the time of filing and whether transfer of the action was proper and whether Plaintiff should file an amended petition naming his current detention center as Respondent. The parties shall also address what disposition is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. Respondents shall file a supplemental brief, not to exceed ten (10) pages, addressing the issues identified above no later than seven (7) days from the date of this Order.

2. Petitioner may file a supplemental response, not to exceed ten (10) pages, no later than seven (7) days after Respondents file their supplemental brief.

**IT IS SO ORDERED.**

Dated: June 12, 2026

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-3274-BJC-JLB